NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK G. ROCHA,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**DEPARTMENT OF STATE,**
*Intervenor.*

---

2012-3087

---

Petition for review of the Merit Systems Protection Board in case no. PH0752100549-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the Department of State's unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.  The Department of State's response brief is due within 14 days of the date of filing of this order.

FOR THE COURT

**MAY 0 4 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Frank G. Rocha, Esq.
     Sara B. Rearden, Esq.
     Courtney S. McNamara, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

. MAY 0 4 2012

JAN HORBALY
CLERK